**Motion Granted; Order filed December 13, 2016**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

NO. 14-15-01066-CR
NO. 14-15-01067-CR
NO. 14-15-01068-CR

_____

**DYLAN ANDREW QUICK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 339th District Court
Harris County, Texas
Trial Court Cause Nos. 1383658, 1383659, & 1383660

## ORDER

Appellant filed a motion, pursuant to Texas Rule of Appellate Procedure 34.6(d), to supplement the record with **State's Exhibit 100.** The court reporter did not file this exhibit with the record. The motion is granted.

The clerk of the 339th District Court is directed to deliver State's Exhibit 100 to the clerk of this court on or before **December 29, 2016.**

PER CURIAM